|  |  |
|---|---|
|  | **FILED**<br>August 28, 2012<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                                              )    Case No. 2:02-CR-00064-JAM-4
        Plaintiff,    )
v.                             )   ORDER FOR RELEASE OF
                                              )    PERSON IN CUSTODY
MARCUS JEROME MCGHEE,          )
                                              )
        Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MARCUS JEROME MCGHEE , Case No.

 2:02-CR-00064-JAM-4 , Charge  Title 18 USC § 3606 , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of $__

        __  Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        ✔   (Other)     All previously imposed conditions of supervised

 release remain in full force and effect with modification that defendant is to

 report to the Probation Office in Roseville every Friday at 10:00 a.m. 

Issued at  Sacramento, CA  on  August 28, 2012  at  3:34   pm .

By  /s/ Dale A. Drozd 
Dale A. Drozd
United States Magistrate Judge